IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA E MATA ITZEP, | No   C 10-4347 VRW |
| Petitioner, | ORDER |
| v | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Respondents. | |

On December 2, 2010, petitioner Gloria E Mata Itzep moved to withdraw her petition for a writ of habeas corpus without prejudice.  Doc #5.  Because respondents have neither answered nor moved for summary judgment, petitioner's motion suffices to dismiss the case without prejudice pursuant to FRCP 41(a).  The clerk is DIRECTED to terminate all motions and close the file.

IT IS SO ORDERED.

_____

VAUGHN R WALKER
United States District Chief Judge